# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **KATHLEEN M. HOLTZ,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | 07-C-314-C |
| v. | |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | |
| **Defendant.** | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that the decision of defendant Michael J. Astrue, Commissioner of Social Security, denying plaintiff Kathleen M. Holtz's applications for disability insurance benefits and supplemental security income is REVERSED AND REMANDED.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

Connie A. Korth                                                                                          11/08/07
_____                                              _____
by Deputy Clerk                                                                                          Date