IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Kathleen Holtz,

    Plaintiff,

v.

Michael Astrue,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 07-C-0314-C

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Kathleen Holtz against defendant Michael Astrue granting plaintiff's motion for attorney fees under the Equal Access to Justice Act in the amount of $7,088.40.

Approved as to form this 21st day of April, 2008.

_Barbara B. Crabb_
Barbara B. Crabb,
District Judge

THERESA M. OWENS
By: L. Jensen, Deputy Clerk
Theresa M. Owens, Clerk of Court

APR 21 2008
Date